# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

**Case No. CV 12-6303-MMM (PLA)**                     **Date  September 4, 2012**

**Title:  Latonya Patrice Cross v. Michael J. Astrue**

-------------------------------------------------------------------------------------------------------------

|  |  |
|---|---|
| **PRESENT:  THE HONORABLE    PAUL L. ABRAMS** | ☐ **U.S. DISTRICT JUDGE** |
|  | ☒ **MAGISTRATE JUDGE** |

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

|  |  |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| NONE | NONE |

**PROCEEDINGS:        (IN CHAMBERS)**

Pursuant to this Court's Order of July 25, 2012, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within twenty-eight days of the filing on the complaint, i.e., by August 20, 2012.  To date, the Proof of Service has not been filed with the Court.  Accordingly, **no later than September 11, 2012, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders.  Filing of the Proof of Service on or before September 11, 2012, shall be deemed compliance with this Order to Show Cause.


cc:     Gregory James Goodheart, Esq.
        Office of the United States Attorney


Initials of Deputy Clerk_____ch_____