UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 12-6303-MMM (PLA)                                  Date January 28, 2013

Title:  Latonya Patrice Cross v. Michael J. Astrue

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                                NONE

PROCEEDINGS:        (IN CHAMBERS)

Pursuant to this Court's Order of July 25, 2012, plaintiff was to promptly serve the summons and complaint on the United States Attorney for the Central District of California at Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012.  In reviewing plaintiff's proof of service filed on September 7, 2012, it appears that the Office of the United States Attorney has not been served.  Accordingly, **no later than February 4, 2013, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders.  Filing of a proof of service indicating service on the United States Attorney on or before February 4, 2013, shall be deemed compliance with this Order to Show Cause.

cc:     Gregory James Goodheart, Esq.
        Office of the United States Attorney

Initials of Deputy Clerk     ch