JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LATONYA PATRICE CROSS, | No. CV 12-6303-MMM (PLA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed consistent with the Report and Recommendation.

DATED: March 31, 2014

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE